**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **ERG Intermediate Holdings, LLC, et al.,** | ) | **Case No.  15-31858** |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**

**ERG Operating Company, LLC**

**Case No: 15-31861**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In re: **ERG Operating Company, LLC**

| | |
|---|---|
| **Case No.** | **15-31861** |
| **Chapter** | **11** |

## SUBJECT TO GLOBAL NOTES AND SPECIFIC NOTES TO THESE SCHEDULES

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED YES / NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 3 | $211,532,256 | | |
| B - PERSONAL PROPERTY | YES | 14 | $7,541,801 | | |
| C - PROPERTY CLAIMED AS EXEMPT | NO | 0 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 4 | | $400,000,000 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (Total of claims on Schedule E) | YES | 1 | | $0 | |
| F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS | YES | 23 | | $9,740,014 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 13 | | | |
| H - CODEBTORS | YES | 2 | | | |
| I -CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | NO | 0 | | | N/A |
| Total number of sheets of all Schedules | | 60 | | | |

| | |
|---|---|
| **Total Assets >** | **$219,074,057** |

| | |
|---|---|
| **Total Liabilities >** | **$409,740,014** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**
**Case Number: 15-31861**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### General

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by ERG Intermediate Holdings, LLC. ("ERG") and its affiliated debtors in these jointly administered chapter 11 cases (collectively, the "Debtors") pending in the United States Bankruptcy Court for the District of Northern Texas (the "Bankruptcy Court") were prepared, pursuant to section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' court-appointed advisors, and are unaudited. While the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

The Schedules and Statements have been signed by R. Kelly Plato, Chief Financial Officer of ERG. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Plato necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Mr. Plato has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. The Debtors' production, finance, and accounting systems were primarily designed and used to manage and track oil and gas production with a secondary focus on the creation of consolidated and consolidating financial statements. As such, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements; however, the beneficiary of the transaction may have been another Debtor.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

### Description of the Cases

On April 30, 2015 (the "Petition Date"), the Debtors filed voluntary petitions for relief under the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases have been consolidated for the purpose of joint administration under Case No. 15-31858. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Each Debtor's fiscal year ends on December 31. All asset information, except where otherwise noted, is as of March 31, 2015. The liability information, except where otherwise noted, is as of the close of business on April 30, 2015. All bank balances are as of the filing date. All YTD 2015 revenue is reflected as of March 31, 2015.

### Basis of Presentation

For financial reporting purposes, prior to the Petition Date, the Debtors, along with a non-Debtor affiliate/subsidiary, prepared consolidated financial statements that were audited annually. Because not all of the direct and indirect subsidiaries of ERG are Debtors in these chapter 11 cases, combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that could be substantially different from financial information regarding ERG and its subsidiaries that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. ERG accounts for its oil and gas interests under the full cost method. As such, ERG has presented its oil and gas interests as real property, net of dispositions and depletion. The fair market value of real and personal property may vary materially from the net book value presented herein.

### Amendment

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

### Confidential or Sensitive Information

There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the Debtor or third party and will provide interested parties with sufficient information to discern the nature of the listing.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**
**Case Number: 15-31861**

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Causes of Action

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

### Recharacterization

The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, due to the complexity and size of the Debtors' business, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

### Claim Description

Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated, or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated, or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

### Unliquidated Claim Amounts

Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

### Zero Dollar Amounts

Amounts listed as zero are either $0, unliquidated or undetermined.

### Undetermined Amounts

The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

### Valuation

It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of March 31, 2015 are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented at bank balances as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

### Bankruptcy Court Orders

Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, taxing authorities, royalty parties, and certain other prepetition creditors. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore generally are not listed in the Schedules and Statements.

### Dates

The information provided herein, except as otherwise noted, represents the asset data of the Debtors as of March 31, 2015 and the liability data of the Debtors as of the close of business on the Petition Date except as otherwise noted.

### Specific Notes

These General Notes are in addition to the specific notes set forth in the Schedules and Statements of the individual Debtor entities. The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS**

**Liabilities**

The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

**Excluded Assets and Liabilities**

The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including pension assets, employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded. Pursuant to certain Bankruptcy Court orders, the Debtors have been granted authority to pay certain prepetition obligations to, among others, employees, royalty holders, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and therefore may not be listed in the Schedules and Statements.

**Leases**

The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.

**Contingent Assets**

The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtor and non-Debtor) for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things, (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, (v) indemnities, and (vi) warranties. Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

**Guaranties and Other Secondary Liability Claims**

The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, "Guaranties") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

**Intellectual Property Rights**

Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

**Estimates**

To prepare and file the Schedules on or around the Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**

**Case Number: 15-31861**

---

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

### Fiscal Year

Each Debtor's fiscal year ends on December 31.

### Currency

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

### Property and Equipment

Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

### Claims of Third-Party Related Entities

While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same.

### Interest in Subsidiaries and Affiliates

ERG directly or indirectly owns all or part of the subsidiaries and affiliates that are also Debtors. In addition, ERG indirectly owns one subsidiary and affiliate that is not a Debtor. Interests in subsidiaries arise from stock ownership. Each Debtor's Schedule B14 or Statement 18a contains a listing of the current capital structure of ERG and its Debtor and non-Debtor affiliates and includes ownership interests in the related affiliates and partnerships of each corporate affiliate.

### Umbrella Or Master Agreements

Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

### Insiders

The Debtors have attempted to include all payments made over the 12 months preceding the Petition Date to any creditor deemed an "insider." For these purposes, "insider" is defined as (1) a creditor or entity owning 5% or greater of any class of ERG common stock, (2) an individual appointed by the Manager of ERG or (3) an entity related to an insider, including entities owned or controlled by Scott Y. Wood. The listing of a creditor as an "insider," however, is not intended to be nor should be construed as a legal characterization of such creditor as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

### Payments

The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors participated in a consolidated cash management system through which certain payments were made by one entity on behalf of another. Certain payments in the Schedules and Statements may have been made prepetition by one entity on behalf of another entity. The Debtors intercompany accounts reflect the net position of both the receipts and disbursements received or made on behalf of other Debtors.

### Totals

All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.

In re: <u>ERG Operating Company, LLC</u>                                        Case No.  <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

☐  Check this box if debtor has no real property to report on this Schedule A.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|
| SEE ATTACHED SCHEDULE A-1 | | $211,532,256 | $211,532,256 |

<u>Specific Notes</u>

ERG Operating Company, LLC's books and records contain real property assets that are made up of oil and gas properties.  No guarantee is made that net book value is consistent with fair market values.  The value of oil and gas properties at ERG Operating Company, LLC should be viewed in conjunction with the value of oil and gas properties on ERG Resources, LLC's and West Cat Canyon LLC's books and records.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**
**Case Number: 15-31861**

### SPECIFIC NOTES REGARDING SCHEDULE A

**Note Regarding Value of Oil and Gas Interests**

The fair market value can vary materially from the net book value recorded herein. The amount of secured claim reported is assumed to be the net book value of the asset, but this should not be construed as the full value of any secured claim listed elsewhere in the schedules and statements.

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule A-1**

**Real Property**

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | LAND (NBV) | BUILDING (NBV) | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|---|
| BUILDING MISCELLANEOUS OUTBUILDINGS AND SUPPORT STRUCTURES VARIOUS ADDRESSES | | Undetermined | Undetermined | Undetermined | None |
| OIL & GAS PROPERTIES NET OF DISPOSITION PROCEEDS VARIOUS LOCATIONS | | $211,532,256 | $0 | $211,532,256 | $211,532,256 |
| | | **$211,532,256** | **$0** | **$211,532,256** | **$211,532,256** |

**Specific Notes**

"Oil & Gas Properties, Net of Disposition Proceeds" represents the debtor entities' investment in oil and gas properties accounted for under the full cost method, net of accumulated depletion. This includes all costs of acquisition, exploration and development of oil and gas reserves, which are all capitalized as incurred. Dispositions of properties are accounted for as adjustments of capitalized costs with no gain or loss recognized.  The "Oil & Gas Properties, Net of Disposition Proceeds" covers nine Land-Fee Interests, Mineral Rights in California and eight Land-Lease Interests in Texas.

In re: <u>ERG Operating Company, LLC</u>                                                                  Case No. <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Attached Schedule B-2 | $57,572 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | See Attached Schedule B-3 | $195,101 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamps, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of policy and itemize surrender or refund value of each. | X | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | |

In re: <u>ERG Operating Company, LLC</u>                                     Case No. <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plants. | X | | |
| 13.  Stock and interests in incorporated and unincorporated business.  Itemize. | | See Attached Schedule B-13 | Undetermined |
| 14.  Interests in partnerships or joint ventures.  Itemize. | | See Attached Schedule B-14 | Undetermined |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16.  Accounts receivable. | | See Attached Schedule B-16 | $2,690,401 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |

In re: <u>ERG Operating Company, LLC</u>                                                    Case No. <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

In re: __ERG Operating Company, LLC__                                    Case No. __15-31861__

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only on Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as
"A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached Schedule B-25 | $422,581 |
| 26.  Boats, motors, and accessories. | X | | |
| 27.  Aircraft and accessories. | X | | |
| 28.  Office equipment, furnishings, and supplies. | | See Attached Schedule B-28 | $222,462 |
| 29.  Machinery, fixtures, equipments, and supplies used in business. | X | | |
| 30.  Inventory | | See Attached Schedule B-30 | $136,363 |
| 31.  Animals | X | | |
| 32.  Crops - growing or harvested. Give particulars | X | | |
| 33.  Farming equipment and implements. | X | | |
| 34.  Farm supplies, chemicals, and feed. | X | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | See Attached Schedule B-35 | $3,817,320 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**

**Case Number: 15-31861**

## SPECIFIC NOTES REGARDING SCHEDULE B

**Schedule B-14 - Partnerships/JV Interests**

See Schedule Exhibit B-14 for additional businesses the Debtor was a parent of or owned a significant interest in.

**Schedule B-23 Licences, Franchises, etc.**

Schedule G also sets forth numerous licensing agreements, which either may be in addition to, or duplicative of, the licenses set forth in this Schedule B-23. The inclusion of any license agreement in both Schedules B and G should not be deemed to be an indication or admission of the existence of multiple agreements. Similarly, the exclusion of any license agreement from either Schedule B or Schedule G should not be deemed determinative of whether the license is an executory contract or simply a grant of property rights. The Debtors expressly reserve the right to recharacterize these agreements, as appropriate, upon further review. The information provided in response to Item B-23 (if any) does not include the Debtor's general business licenses.

**Schedule B-28 - Office Equipment**

Certain of the Debtor's office equipment, furnishings, and supplies are not capitalized in some situations. These assets are not listed herein.

**Schedule B-29 - Business Equipment**

Certain of the Debtor's machinery, fixtures, equipment, and supplies used in business are not capitalized in some situations. These assets are not listed herein.

**ERG Operating Company, LLC**

**Case Number:  15-31861**

**Schedule  B-2**

**Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives**

| Bank Name | Account Description | Address | Balance |
|---|---|---|---|
| CITIBANK | DISBURSEMENT ACCOUNT | 2001 ROSS AVENUE<br>SUITE 4300<br>DALLAS, TX 75201 | $56,109 |
| CITIBANK | DISBURSEMENT ACCOUNT | 2001 ROSS AVENUE<br>SUITE 4300<br>DALLAS, TX 75201 | $57 |
| UNION BANK | MONEY MARKET | 1980 SATURN ST<br>MONTEREY PARK, CA 91755 | $0 |
| UNION BANK | PAYROLL / PETTY CASH | 1980 SATURN ST<br>MONTEREY PARK, CA 91755 | $1,406 |
| | | | **$57,572** |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule B-3**
**Security deposits with public utilities, telephone companies, landlords, and others**

| Description | Net Book Value |
|---|---|
| BETTERAVIA FARMS LLC - DEPOSIT | $100,000 |
| DANARI BAKERSFIELD LLC - DEPOSIT (NEW LEASE) | $12,609 |
| PG&E - DEPOSIT | $49,461 |
| RENT DEPOSIT - ARBOR RIDGE APARTMENTS | $700 |
| RENT DEPOSIT - SANTA MARIA DEVELOPMENT PARTNERS LLC | $1,525 |
| SO.CAL. GAS CO.  - DEPOSIT | $7,500 |
| STATE COMPENSATION INSR FUND DEPOSIT | $23,306 |
| | **$195,101** |

ERG Intermediate Holdings, LLC
Exhibit B-13 / B-14



# Corporate Organization Structure



**ERG Operating Company, LLC**
**Case Number:  15-31861**

**Schedule  B-16**
**Accounts receivable**

| Description | Net Book Value |
| --- | --- |
| O & G RECEIVABLES | $2,594,580 |
| INTERCOMPANY RECEIVABLE - DUE FROM CTS PROPERTIES, LTD | $93,198 |
| JIB - UNBILLED ITEMS, NET | $2,624 |
| OTHER RECEIVABLES | $0 |
| | **$2,690,401** |

**Specific Notes**

Amounts owed to or from debtor entities are excluded from this schedule.

**ERG Operating Company, LLC**
Case Number: 15-31861

Schedule B-25
**Automobiles, trucks, trailers, and other vehicles and accessories**

| Asset Description | Net Book Value |
| --- | --- |
| 09 PETERBILT-2NPNHM6X39M790669 - X053 | $13,089 |
| 2011 FORD TRUCK F250 - X057 | $7,624 |
| 2011 PETERBILT VAC BODY TRUCK - X059 | $48,310 |
| 12' X 6' 1F9FS1220G1025089  EQUIPT TRAILER X073 | $1,651 |
| 2006 CHEV K-10 SUBURBAN X075 | $4,000 |
| 2006 CHEV SILVERADO 1500 LS/LT 4WD CREWCAB X076 | $4,250 |
| 2010 CHEV SILVERADO 1500 LS/LT 4WD CREWCAB X074 | $7,000 |
| 2010 FORD TRUCK EXPEDIT - X047 | $3,162 |
| 2010 FORD TRUCK EXPEDITION - X049 | $6,210 |
| 2010 FORD TRUCK EXPEDITION - X051 | $5,199 |
| 2010 FORD TRUCK F150 - X044 | $2,103 |
| 2010 FORD TRUCK F150 - X046 | $2,026 |
| 2010 FORD TRUCK F150 - X050 | $3,023 |
| 2010 FORD TRUCK F150 - X054 | $5,774 |
| 2010 FORD TRUCK F150 CREWCAB- X056 | $5,286 |
| 2010 FORD TRUCK F150 SUPER CAB- X055 | $5,515 |
| 2010 FORD TRUCK KNAPHIE - X048 | $2,026 |
| 2011 FORD EXPEDITION - X064 | $10,885 |
| 2011 FORD EXPLORER - X063 | $9,454 |
| 2011 FORD F150 SUPERCREW - X070 | $9,689 |
| 2011 FORD TRUCK F150 - X058 | $8,169 |
| 2011 FORD TRUCK F150 - X066 | $8,196 |

**ERG Operating Company, LLC**
Case Number: 15-31861

**Schedule B-25**
**Automobiles, trucks, trailers, and other vehicles and accessories**

| Asset Description | Net Book Value |
|---|---|
| 2011 FORD TRUCK F150 - X068 | $9,642 |
| 2011 FORD TRUCK F150 CREWCAB - X061 | $8,070 |
| 2011 FORD TRUCK F150 SUPERCR - X067 | $9,642 |
| 2011 FORD TRUCK F150 SUPERCR - X069 | $9,689 |
| 2012 FORD EXPLORER - X065 | $10,862 |
| 2012 FORD F-250 SERVICE BODY - X077 | $15,271 |
| 2013 FORD ESCAPE - X082 | $18,077 |
| 2013 FORD F-150 - X084 | $19,847 |
| 2013 FORD F-150 - X085 | $17,032 |
| 2013 FORD F-150 - X086 | $17,032 |
| 2013 FORD F-150 - X087 | $20,999 |
| 2013 FORD F-150 - X088 | $20,999 |
| 2013 FORD F-150 SUPER CAB - X080 | $15,842 |
| 2013 FORD F-150 SUPERCREW - X081 | $18,338 |
| CARS & TRUCKS PRINCIPLE (VACUUM TRUCK) | $39,058 |
| REBATE 2011 FORD F-150 X065 | ($461) |
| | $422,581 |

**ERG Operating Company, LLC**
**Case Number:  15-31861**

**Schedule  B-28**
**Office equipment, furnishings, and supplies**

| Asset Description | Net Book Value |
|---|---:|
| 51" 3D HDTV | $925 |
| COMPUTER EQUIPMENT | $32,091 |
| COMPUTER SERVERS | $1,464 |
| COMPUTER SOFTWARE | $34,730 |
| MERIAN HART COMMUNICATOR | $1,220 |
| OFFICE EQUIPMENT & FURNITURE | $61,281 |
| OMNI FLOW COMPUTERS INC | $8,511 |
| PRODUCTION DATABASE | $81,100 |
| SCADA | $1,140 |
| | $222,462 |

**ERG Operating Company, LLC**
**Case Number:  15-31861**

**Schedule  B-30**
**Inventory**

| Asset Description | Net Book Value |
|---|---|
| LIGHT CRUDE OIL INVENTORY (3/31/2015) | $136,363 |
| | $136,363 |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule B-35**
**Other personal property of any kind not already listed**

| Description | Net Book Value |
|---|---|
| DAKOTA 414 TURF TENDER | $12,088 |
| JOHN DEERE 13HP 4X2 GATOR | $2,769 |
| JOHN DEERE 4720 4WD TRACTOR | $11,395 |
| VARIOUS EMISSION REDUCTION CREDITS | $3,784,283 |
| WEIDENMANN #500 TURF SWEEPER | $6,786 |
| | $3,817,320 |

In re: <u>**ERG Operating Company, LLC**</u>                                        Case No.  <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than on of these three columns.)  Report the total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY | NOTES |
|---|---|---|---|---|---|---|
| See Attached Schedule D-1 | | Secured Debt | ☑ ☑ ☐ | $400,000,000 | Undetermined | |
| See Attached Schedule D-2 | | UCC Filing | ☑ ☑ ☑ | Undetermined | Undetermined | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |
| | | | ☐ ☐ ☐ | | | |

<u>3</u>          continuation sheets attached          **Total**          **$400,000,000**          **$0**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**

**Case Number: 15-31861**

## SPECIFIC NOTES REGARDING SCHEDULE D

### Creditors Holding Secured Claims

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the extent, validity, priority, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. If a Debtor is a guarantor with respect to a scheduled claim of another Debtor, the claim will be labeled "Contingent." The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Certain of the Debtors' agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financing agreements. No attempt has been made to identify such agreements for purposes of Schedule D. However, the Debtors reserve all of their rights to amend Schedule D in the future to the extent the Debtors determine that any claims associated with such agreements are property reported on Schedule D. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed in Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including to argue that an agreement listed in Schedule G may be treated as a secured financing agreement, rather than an executory contract or unexpired lease. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

Some of the Debtors' creditors may have filed mechanic or materialman's liens following the commencement of the Debtors' chapter 11 cases. Some liens may, by virtue of section 546(b) of the Bankruptcy Code and applicable law, relate back to the period prior to the Petition Date. Any such liens that have been filed after the petition date are not listed on Schedule D.

To the extent that any landlords, real property and personal property lessors, utility companies, or other creditors hold a security deposit from any of the Debtors and to the extent that such deposits constitute secured claims, such deposits are not listed on Schedule D, except as specifically stated herein.

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule D-1**

**Nature of Lien: Secured Debt**

| Creditor's Name and Mailing Address Including Zip Code And An Account Number | Codebtor | Date Claim Was Incurred, Description And Value of Property Subject To Lien | C | U | D | Amount of Claim Without Deducting Value Of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| BP ENERGY COMPANY<br>201 HELIOS WAY<br>HOUSTON, TX 77079 | ☑ | DATE: 2/6/2013<br><br>ISDA 2002 MASTER AGREEMENT | ☑ | ☑ | ☐ | $0 | UNDETERMINED |
| LNV CORPORATION AS LENDER<br>C/O BEAL BANK<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>LAS VEGAS, NV 89134 | ☑ | DATE: 1/24/2013<br><br>SENIOR SECURED CREDIT FACILITY | ☐ | ☑ | ☐ | $400,000,000 | UNDETERMINED |
| | | | | | | $400,000,000 | UNDETERMINED |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule D-2**

**Nature of Lien: UCC Filing**

| Creditor's Name and Mailing Address Including Zip Code And An Account Number | Codebtor | Date Claim Was Incurred, Description And Value of Property Subject To Lien | C | U | D | Amount of Claim Without Deducting Value Of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| COLONIAL PACIFIC LEASING CORPORATION<br>P.O. BOX 35701<br>BILLINGS, MT 59107-5701 | ☐ | DATE: UNKNOWN<br><br>UCC FINANCING LIEN | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| DRILTEK, INC<br>ATTN: JAMES P. FOX<br>901 TOWER WAY<br>SUITE 102<br>BAKERSFIELD, CA 93309 | ☐ | DATE: UNKNOWN<br><br>OIL AND GAS LIEN | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| GE CAPITAL COMMERCIAL INC.<br>901 MAIN AVENUE<br>NORWALK, CT 6851 | ☐ | DATE: UNKNOWN<br><br>UCC FINANCING LIEN | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| GE CAPITAL COMMERCIAL INC.<br>901 MAIN AVENUE<br>NORWALK, CT 6851 | ☐ | DATE: UNKNOWN<br><br>UCC FINANCING LIEN | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| GE CAPITAL COMMERCIAL INC.<br>901 MAIN AVENUE<br>NORWALK, CT 6851 | ☐ | DATE: UNKNOWN<br><br>UCC FINANCING LIEN | ☑ | ☑ | ☑ | UNDETERMINED | UNDETERMINED |
| | | | | | | UNDETERMINED | UNDETERMINED |

In re: <u>ERG Operating Company, LLC</u>                                    Case No.  <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, or wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐   Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. Section 507(a)(3).

☐   Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725 per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(4).

☐   Contribution to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Section 507(a)(5).

☐   Certain farmers and fisherman

Claims of certain farmers and fishermen, up to $5,775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Section 507(a)(6).

☐   Deposits by individuals

Claims of individuals up to $2,600 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. Section 507(a)(7).

☐   Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Section 507(a)(7).

☑   Taxes and Certain Other Debts Owed to Government Units

Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C. Section 507(a)(8).

☐   Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. Section 507(a)(9).

☐   Administrative Expense Claims

Claims for the value of any goods received by the debtor within 20 days before the Petition Date in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

In re: <u>ERG Operating Company, LLC</u>                                                    Case No. <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more one of these three columns.)

Report total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no unsecured nonpriority claims to report on this Schedule E

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIMS |
|---|---|---|---|---|
| See Attached Schedule E-1 | | Tax Authorities Holding Unsecured Priority Claims | ☑ ☑ ☐ | Undetermined |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |
| | | | ☐ ☐ ☐ | |

<u>1</u>   total continuation sheets attached                                **Total**            **Undetermined**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**
**Case Number:  15-31861**

## SPECIFIC NOTES REGARDING SCHEDULE E

**Creditors Holding Unsecured Priority Claims**

The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

As noted in the Global Notes, the Bankruptcy Court entered a first day order granting authority to the Debtors to pay certain prepetition employee wage and other obligations in the ordinary course (the "Employee Wage Order").  Pursuant to the Employee Wage Order, the Debtors believe that any priority claims of current employees for prepetition amounts have been or will be satisfied, and such satisfied amounts are therefore not listed on Schedule E.  Only employee claims against the Debtors for prepetition amounts that have not been paid as of the time that the Schedules and Statements were prepared were included; such amounts are listed on Schedule F.

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule E-1**

**Consideration For Claim:  Tax Authorities Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred | C | U | D | Amount Of Claim | Amount Entitled To Priority | Amount Not Entitled To Priority |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA BOARD OF EQUALIZATION 450 N STREET SACRAMENTO, CA 95814 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| CALIFORNIA FRANCHISE TAX BOARD PO BOX 1468 SACRAMENTO, CA 95812-1468 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| CITY OF BAKERSFIELD, CA 1600 TRUXTUN AVENUE BAKERSFIELD, CA 93301 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| CITY OF LIBERTY 1829 SAM HOUSTON STREET LIBERTY, TX 77574-4742 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| COUNTY OF SANTA BARBARA 105 EAST ANAPAMU STREET SANTA BARBARA, CA 93101 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| GALVESTON COUNTY TAX OFFICE PO BOX 1169 GALVESTON, TX 77553-1169 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| HARRIS COUNTY TAX OFFICE PO BOX 4089 HOUSTON, TX 77210-4089 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| HARRY E. HAGEN-TREAS/COLLECTOR COUNTY OF SANTA BARBARA P O BOX 579 SANTA BARBARA, CA 93102-0579 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| INTERNAL REVENUE SERVICE 825 E RUNDBERG LN AUSTIN, TX 78753 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE ATTN: SALINA THOMAS P.O. BOX 579 BAKERSFIELD, CA 93302-0579 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |
| RAILROAD COMMISSION OF TEXAS ATTN: OIL AND GAS DIVISION P.O. BOX 12967 AUSTIN, TX 78711-2967 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 | $0 | $0 |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule E-1**
**Consideration For Claim: Tax Authorities Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred | C | U | D | Amount Of Claim | Amount Entitled To Priority | Amount Not Entitled To Priority |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0 | $0 | $0 |

In re: <u>**ERG Operating Company, LLC**</u>                                     Case No. <u>**15-31861**</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the filing of the petition.  Do not include claims listed in Schedule D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on the schedules in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C | U | D | TOTAL AMOUNT OF CLAIMS |
|---|---|---|---|---|---|---|
| See Attached Schedule F-1 | | Accounts Payable | ☑ | ☑ | ☑ | $9,740,014 |
| See Attached Schedule F-2 | | Intercompany | ☑ | ☑ | ☐ | Undetermined |
| See Attached Schedule F-3 | | Litigation | ☑ | ☑ | ☑ | Undetermined |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |
| | | | ☐ | ☐ | ☐ | |

<u>22</u>    total continuation sheets attached                **Total**         **$9,740,014**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**
**Case Number: 15-31861**

## SPECIFIC NOTES REGARDING SCHEDULE F

**Creditors Holding Unsecured Nonpriority Claims**

The Debtors have used reasonable best efforts to list all general unsecured claims against the Debtors on Schedule F based upon the Debtors' existing books and records.

Schedule F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although commercially reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.

Schedule F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtor has not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule F. Such guaranties are, instead, listed on Schedule G.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtor were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| A. V. SCOTT INVESTMENTS LTD<br>720 ASHLEY PL<br>MURPHY, TX 75094<br><br>ACCOUNT NO.: AVS001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| AATECH INC<br>P.O. BOX 366<br>FONTANA, CA 92334<br><br>ACCOUNT NO.: VENDOR AAT001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,734 |
| ACT-1 PERSONNEL SERVICES, INC<br>P.O. BOX 29048<br>GLENDALE, CA 91209-9048<br><br>ACCOUNT NO.: VENDOR ACT004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $6,385 |
| ADVANTAGE ANSWERING PLUS<br>3421 EMPRESA<br>SUITE C<br>SAN LUIS OBISPO, CA 93401-7364<br><br>ACCOUNT NO.: VENDOR ADV001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $55 |
| AECOM TECHNICAL SERVICES, INC.<br>1178 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br><br>ACCOUNT NO.: VENDOR AEC002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $413 |
| AERA - NONCONSENT<br>ERG RESOURCES, L.L.C.<br>333 CLAY ST., STE. 4400<br>HOUSTON, TX 77002<br><br>ACCOUNT NO.: NOAERA | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| AEROTEK ENERGY<br>P.O. BOX 198531<br>ATLANTA, GA 30384-8531<br><br>ACCOUNT NO.: VENDOR AER002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $18,865 |
| AF & CA FUGLER INC<br>6245 E. DIABLO SUNRISE ROAD<br>TUCSON, AZ 85756<br><br>ACCOUNT NO.: FUG001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| AIMWELL, LLC<br>P.O. BOX 3435<br>SAN RAFAEL, CA 94912<br><br>ACCOUNT NO.: AIM001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| AMERICAN INDUSTRIAL SUPPLY INC<br>543C W BETTERAVIA RD<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: VENDOR AME006 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $5,763 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:   Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| AMERIGAS - SANTA MARIA<br>ACCT#200950597<br>PO BOX 7155<br>PASADENA, CA 91109-7155<br><br>ACCOUNT NO.: VENDOR AME011 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $10,657 |
| ANALYTICAL INDUSTRIES INC.<br>DBA ADVANCED INSTRUMENTS INC.<br>2855 METROPOLITAN PLACE<br>POMONA, CA 91767<br><br>ACCOUNT NO.: VENDOR ANA002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $728 |
| APT AMERICAN PIPE & TUBING<br>P.O. BOX 2124<br>BAKERSFIELD, CA 93303<br><br>ACCOUNT NO.: VENDOR APT001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $75,323 |
| ARKOMA PRODUCTION CO OF TX<br>5950 BIRKSHIRE LN STE 1400<br>DALLAS, TX 75225<br><br>ACCOUNT NO.: ARK001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ARROWHEAD DIRECT<br>ACCT#0031896335<br>P.O. BOX 856158<br>LOUISVILLE, KY 40285-6158<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $180 |
| ATLAS PERFORMANCE<br>P O BOX 5754<br>SANTA MARIA, CA 93456<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $864 |
| BAKER HUGHES BUSINESS SUPPORT<br>P.O. BOX 301057<br>DALLAS, TX 75303-1057<br><br>ACCOUNT NO.: VENDOR BAK001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $34,812 |
| BAKERSFIELD PIPE & SUPPLY<br>P.O. BOX 60006<br>LOS ANGELES, CA 90060-0006<br><br>ACCOUNT NO.: VENDOR BAK004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $4,921 |
| BARBARA B. GREEN, CO-TRUSTEE<br>THE GREEN FAM. IRREV TRUST &<br>THE WIFE'S TRST<br>7831 RUSH ROSE DRIVE, #219<br>CARLSBAD, CA 92009<br><br>ACCOUNT NO.: GREE02 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:   Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| BARC INDUSTRIES, INC.<br>2240 S. UNION AVENUE<br>BAKERSFIELD, CA 93307<br><br>ACCOUNT NO.: VENDOR BAR012 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $95 |
| BMI-PACWEST, INC.<br>1115 S. BLACKSTONE ST.<br>TULARE, CA 93274<br><br>ACCOUNT NO.: VENDOR BMI001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $875 |
| BOB'S JUNGLE<br>P.O. BOX 9275<br>BAKERSFIELD, CA 93389-9275<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $265 |
| BRIGHT HOUSE NETWORKS<br>ACCT #0976506-01<br>PO BOX 7174<br>PASADENA, CA 91109-7174<br><br>ACCOUNT NO.: VENDOR BRI006 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $421 |
| CA ROYALTY SUSPENSE CODE<br>UNKNOWN<br><br>ACCOUNT NO.: ZZZ002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| CALIFORNIA ELECTRIC SUPPLY<br>P.O. BOX 14196<br>ORANGE, CA 92863<br><br>ACCOUNT NO.: VENDOR CES003 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,494 |
| CAPCO ANALYTICAL SERVICES<br>1536 EASTMAN AVE<br>SUITE B<br>VENTURA, CA 93003-7717<br><br>ACCOUNT NO.: VENDOR CAP001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $378 |
| CARR'S BOOTS & WESTERN WEAR<br>1515 S BROADWAY<br>SANTA MARIA, CA 93454<br><br>ACCOUNT NO.: VENDOR CAR004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $949 |
| CAVINS OIL WELL TOOLS<br>DAWSON ENTERPRISES<br>P.O. BOX 6039<br>LONG BEACH, CA 90806-0039<br><br>ACCOUNT NO.: VENDOR CAV001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $74,662 |
| CAWLEY, GILLESPIE & ASSOCIATES<br>EMPL PROFIT TRUST, MARY ANN GIORDANO TTE<br>306 WEST 7TH STREET, SUITE 302<br>FORT WORTH, TX 76102<br><br>ACCOUNT NO.: CAW001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| CCCOGP<br>5100 CALIFORNIA AVE.<br>SUITE 200<br>BAKERSFIELD, CA 93309-0726<br>ACCOUNT NO.: VENDOR CCC004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $2,636 |
| CENTRAL COAST PIPING PRODUCTS<br>801 MAULHARDT AVE<br>OXNARD, CA 93030<br>ACCOUNT NO.: VENDOR CCP001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $366,068 |
| CENTURY CALIBRATING COMPANY<br>1101 E. 25TH STREET<br>SIGNAL HILL, CA 90755<br>ACCOUNT NO.: VENDOR CEN013 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $3,807 |
| CHAPARRAL BUSINESS MACHINES<br>P O BOX 3828<br>PASO ROBLES, CA 93447<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $925 |
| CHEVRON U.S.A. INC.<br>1400 SMITH STREET<br>HOUSTON, TX 77002<br>ACCOUNT NO.: CHEV01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| CHRISTOPHER S. BURR<br>53640 AVENIDA MENDOZA<br>LA QUINTA, CA 92253<br>ACCOUNT NO.: BURR02 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| CLINT EDWARD GARRETT<br>5116 COMMANDER COURT<br>ARLINGTON, TX 76017<br>ACCOUNT NO.: GARR03 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| CMS INC<br>CONDITION MONTORING SVCS INC<br>P O BOX 278<br>NIPOMO, CA 93444<br>ACCOUNT NO.: VENDOR CMS002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $11,773 |
| COMPRESSCO PARTNERS SUB, INC<br>PO BOX 843960<br>DALLAS, TX 75284-3960<br>ACCOUNT NO.: VENDOR COM009 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $33,565 |
| CONSTRUCTION SPECIALTY SERVICE<br>4550 BUCK OWENS BLVD<br>BAKERSFIELD, CA 93308<br>ACCOUNT NO.: VENDOR CSS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $880,262 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:  Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| CORELOGIC SOLUTIONS LLC<br>PO BOX 847239<br>DALLAS, TX 75284-7239<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $124 |
| COUNTY OF SANTA BARBARA P & D<br>NOT AVAILABLE<br><br>ACCOUNT NO.: VENDOR SBPD1 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| CROSSWOOD TECHNOLOGY<br>526 KINGWOOD DRIVE SUITE 364<br>KINGWOOD, TX 77339<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,336 |
| CRYSTAL SPRINGS WATER<br>3215 ROCKVIEW PLACE<br>SAN LUIS OBISPO, CA 93401<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $503 |
| CSS DRILLING TOOLS<br>4550 BUCK OWENS BLVD.<br>BAKERSFIELD, CA 93308<br><br>ACCOUNT NO.: VENDOR CSS002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $4,140 |
| CTS PROPERTIES, LTD.<br>333 CLAY ST<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>ACCOUNT NO.: CTS002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| D.D. TECHNOLOGY INC.<br>10749 LES JARDINS DR.<br>DALLAS, TX 75229<br><br>ACCOUNT NO.: VENDOR DDT001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $22,600 |
| DE LAGE LANDEN FINANCIAL<br>P O BOX 41602<br>PHILADELPHIA, PA 19101-1602<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $662 |
| DILLON DOUGLAS CAWLEY<br>5206 COMMANDER CT<br>ARLINGTON, TX 76017<br><br>ACCOUNT NO.: CAW002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| DIVERSIFIED PROJECT SERVICES INTERNATIONAL<br>5351 OLIVE DR., SUITE 100<br>BAKERSFIELD, CA 93308<br><br>ACCOUNT NO.: VENDOR DPS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $70,061 |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule F-1**
**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| DMV RENEWAL<br>P O BOX 942894<br>SACRAMENTO, CA 94294-0894<br><br>ACCOUNT NO.: VENDOR DMV001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $15 |
| DONN TOGNAZZINI<br>P.O. BOX 599<br>LOS OLVOS, CA 94602<br><br>ACCOUNT NO.: TOGN01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| DOWDEN ELECTRICAL SERVICE<br>509 HILLTOP CT<br>TAFT, CA 93268<br><br>ACCOUNT NO.: VENDOR DOW002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $242,255 |
| DRILTEK INC<br>901 TOWER WAY<br>SUITE 102<br>BAKERSFIELD, CA 93309<br><br>ACCOUNT NO.: VENDOR DRI003 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $230,580 |
| DYNO - TECH<br>P O BOX 2751<br>ORCUTT, CA 93457<br><br>ACCOUNT NO.: VENDOR DYN002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $19,956 |
| ECO-TEC INC.<br>1145 SQUIRES BEACH ROAD<br>PICKERING, ONTARIO L1W 3T9<br><br>ACCOUNT NO.: VENDOR ECO001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $66,480 |
| EDWARD MCCOY AKA. J.E. MCCOY<br>1222 SAPPHIRE DRIVE<br>SANTA MARIA, CA 93454-3256<br><br>ACCOUNT NO.: MCCO01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ELECTRICAL SOLUTIONS CORP<br>2368 EASTMAN AVE<br>SUITE 13<br>VENTURA, CA 93003<br><br>ACCOUNT NO.: VENDOR ESC002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $142,487 |
| EMMA SKY PATE, REMAINDERMAN<br>11741 GILMORE STREET, APT. 130<br>NORTH HOLLYWOOD, CA 91606<br><br>ACCOUNT NO.: PATE01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ENGEL & GRAY INC<br>P O BOX 5020<br>SANTA MARIA, CA 93456-5020<br><br>ACCOUNT NO.: VENDOR ENG001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $111,449 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:   Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| EQUIPCO RENTALS, INC.<br>P.O. BOX 5606<br>CONCORD, CA 94524<br><br>ACCOUNT NO.: VENDOR EQU004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,035 |
| FEDERAL EXPRESS<br>ACCT#2860-4515-4<br>PO BOX 7221<br>PASADENA, CA 91109-7321<br><br>ACCOUNT NO.: VENDOR FED003 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $547 |
| FRANK MCCOY<br>3743 ZION PLACE<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: MCCO02 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| GAZELLE TRANSPORTATION INC.<br>34915 GAZELLE COURT<br>BAKERSFIELD, CA 93308<br><br>ACCOUNT NO.: VENDOR GAZ001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $45,990 |
| GREG BURR<br>53836 AVENIDA VALLEJO<br>LA QUINTA, CA 92253<br><br>ACCOUNT NO.: BURR04 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| GRL, LLC<br>45 ROCKEFELLER PLAZA<br>SUITE 2410<br>NEW YORK, NY 10111<br><br>ACCOUNT NO.: GREW01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| HANSEN MAINTENANCE SERVICES, I<br>P O BOX 2775<br>ORCUTT, CA 93457<br><br>ACCOUNT NO.: VENDOR HAN002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,720 |
| HAROLD D. EINARSEN TRUST<br>HAROLD D EINARSEN, TRUSTEE<br>526 DEL CLAIR ROAD<br>FORT COLLINS, CO 80525-2155<br><br>ACCOUNT NO.: EIN001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| HEALTH SANITATION SERVICES<br>P O BOX 78251<br>PHOENIX, AZ 85062-8251<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $594 |
| HOCHSTETTER LP<br>P.O. BOX 17728<br>FORT WORTH, TX 76102<br><br>ACCOUNT NO.: HOCH01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:  Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| HOLLISTER & BRACE, PC ATTORNEYS AT LAW P O BOX 630 SANTA BARBARA, CA 93101 ACCOUNT NO.: VENDOR HOL004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $349,353 |
| INCENTIVE INVESTMENTS INC. 900 CASTLETON ROAD STE 115 CASTLE ROCK, CO 80109 ACCOUNT NO.: INC001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| INTEGRATED INDUSTRIAL SUPPLY I.I. SUPPLY, INC. P.O. BOX 7410 SANTA MARIA, CA 93456 ACCOUNT NO.: VENDOR IIS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $166 |
| IZZY'S PROFESSIONAL PEST MGMT 2027 S BROADWAY STE B #1, 147 SANTA MARIA, CA 93454-7809 ACCOUNT NO.: VENDOR IZZ001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,320 |
| J B DEWAR INC P O BOX 3059 SAN LUIS OBISPO, CA 93403-3059 ACCOUNT NO.: VENDOR JBD001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $12,671 |
| JAMES L. WARREN 1942 EDDY ST. SAN FRANCISCO, CA 94115 ACCOUNT NO.: WARR01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| JEFFERY WARREN 1317 ALLYN AVE. ST HELENA, CA 94574 ACCOUNT NO.: WAR002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| JOANNE P. KENDALL TRUST JOANNE & ROBERT KENDALL TRUSTE 67 SEAVIEW DRIVE SANTA BARBARA, CA 93108 ACCOUNT NO.: KEND01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| JOHN A WARREN TRUST C/O JIM NORD, TRUSTEE P.O. BOX 690 NAPA, CA 94559 ACCOUNT NO.: WAR003 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

Schedule F-1

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| JOHN BRADFORD PRUITT<br>1623 2ND STREET<br>KIRKLAND, WA 98033<br><br>ACCOUNT NO.: PRU003 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| JOHN M. PHILLIPS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST<br><br>ACCOUNT NO.: VENDOR JMP001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $15,206 |
| JORDAN DAVIDSON GARRETT<br>5116 COMMANDER COURT<br>ARLINGTON, TX 76017<br><br>ACCOUNT NO.: GARR04 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| KEN VERTREES PRINTERS INC<br>406 WEST MAIN STREET<br>SANTA MARIA, CA 93458-5031<br><br>ACCOUNT NO.: VENDOR KEN001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $178 |
| LAPP, FATCH & MYERS<br>ATTN: CINDY BAYLISF FOR<br>RUTHANE & DAVID TOMPKINS<br>2401 PROFESSIONAL PARKWAY<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: VENDOR LAP003 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $2,224 |
| LETTERS INC.<br>629 S BROADWAY<br>SANTA MARIA, CA 93454<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $680 |
| LIFELINE SAFETY, LLC<br>1499 FARROLL ROAD<br>UNIT B<br>GROVER BEACH, CA 93433<br><br>ACCOUNT NO.: VENDOR LIF001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,300 |
| LNV CORPORATION C/O BEAL BANK<br>1970 VILLAGE CENTER CIR.,<br>SUITE 1<br>LAS VEGAS, NV 89134<br><br>ACCOUNT NO.: LNV001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| LTS ENVIRONMENTAL, INC<br>704 ADIRONDACK AVENUE<br>VENTURA, CA 93003<br><br>ACCOUNT NO.: VENDOR LTS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $177 |
| LUFKIN INDUSTRIES INC<br>P.O. BOX 301199<br>DALLAS, TX 75303-1199<br><br>ACCOUNT NO.: VENDOR LUF001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $397 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| LYNN REYNOLDS, LIFE TENANT<br>1900 PEAVINE RD.<br>RENO, NV 89501<br><br>ACCOUNT NO.: REY004 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| M M I SERVICES, INC.<br>4042 PATTON WAY<br>BAKERSFIELD, CA 93308-5030<br><br>ACCOUNT NO.: VENDOR MMI001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,712,531 |
| MARIELLA EDGAR<br>553 ENCINO VISTA DRIVE<br>THOUSAND OAKS, CA 91362<br><br>ACCOUNT NO.: EDG001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| M-I LLC<br>P.O. BOX 732135<br>DALLAS, TX 75373-2135<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $54,671 |
| MICHAEL JAMES PRUITT<br>316 33RD STREET<br>PORT TOWNSEND, WA 98368<br><br>ACCOUNT NO.: PRU002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| MISSION UNIFORM SERVICE<br>399 ERROL ST<br>MORRO BAY, CA 93442<br><br>ACCOUNT NO.: VENDOR MIS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $2,596 |
| NALCO COMPANY<br>P O BOX 730005<br>DALLAS, TX 75373-0005<br><br>ACCOUNT NO.: VENDOR NAL001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $135,458 |
| NESTLE PURE LIFE<br>P.O. BOX 856158<br>LOUISVILLE, KY 40285-6158<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $83 |
| NETHERLAND SEWELL & ASSOCIATES<br>2100 ROSS AVENUE<br>SUITE 2200<br>DALLAS, TX 75201<br><br>ACCOUNT NO.: VENDOR NSA001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $93,434 |
| NOBLE AMERICAS ENERGY SOLUTIONS<br>ACCT#264131PO BOX 100967<br>PO BOX 100967<br>PASADENA, CA 91189-0967<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $62,622 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| O E C INC<br>2010 PREISKER LANE<br>SUITE F<br>SANTA MARIA, CA 93454<br><br>ACCOUNT NO.: VENDOR OEC001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $11,282 |
| OAKWOOD MINERALS I LP<br>P.O. BOX 17728<br>FORT WORTH, TX 76102<br><br>ACCOUNT NO.: OAK002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| OFFICE DEPOT INC<br>P O BOX 70025<br>LOS ANGELES, CA 90074-0025<br><br>ACCOUNT NO.: VENDOR OFF001 | ☐ | UNKNOWN | ☐ | ☐ | ☑ | ($36) |
| OGM PARTNERS I<br>P.O. BOX 17728<br>FORT WORTH, TX 76102<br><br>ACCOUNT NO.: OGM001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| P C MECHANICAL INC<br>2803 INDUSTRIAL PARKWAY<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: VENDOR PCM001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $292,016 |
| PACIFIC PETROLEUM CALIFORNIA,<br>P O BOX 2646<br>ORCUTT, CA 93457<br><br>ACCOUNT NO.: VENDOR PPC001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,887,815 |
| PACKER SERVICE INC<br>PO BOX 80845<br>BAKERSFIELD, CA 93380-0845<br><br>ACCOUNT NO.: VENDOR PAC008 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $87,884 |
| PAT PHELAN CONSTRUCTION<br>235 PHELAN RANCH WAY<br>ARROYO GRANDE, CA 93420<br><br>ACCOUNT NO.: VENDOR PAT005 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $617,858 |
| PATRICIA P. CAPPEL TRUST<br>CW & PP CAPPEL TRUSTEES<br>P.O. BOX 1444<br>SANTA YNEZ, CA 93460<br><br>ACCOUNT NO.: CAPP01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| PETROROCK LLC<br>P.O. BOX 13550<br>BAKERSFIELD, CA 93389-3550<br><br>ACCOUNT NO.: PET006 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| PETROTECH<br>4520 CALIFORNIA AVENUE<br>SUITE 310<br>BAKERSFIELD, CA 93309<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $263 |
| PFT / ALEXANDER SERVICE INC<br>3250 E GRANT STREET<br>SIGNAL HILL, CA 90755-1233<br>ACCOUNT NO.: VENDOR PFT001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $13,054 |
| PG&E<br>ACCT#6035771475-1<br>PO BOX 997300<br>SACRAMENTO, CA 95899-7300<br>ACCOUNT NO.: VENDOR PGE005 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $28,287 |
| PG&E<br>ACCT#3448384413-9<br>BOX 997300<br>SACRAMENTO, CA 95899-7300<br>ACCOUNT NO.: VENDOR PGE016 | ☐ | UNKNOWN | ☐ | ☐ | ☑ | $17,422 |
| PG&E<br>ACCT #1269439613-1<br>PO BOX 997300<br>SACRAMENTO, CA 95899-7300<br>ACCOUNT NO.: VENDOR PGE002 | ☐ | UNKNOWN | ☐ | ☐ | ☑ | $147,973 |
| PHYLLIS FENDER<br>1510 E. DANA PLACE<br>FULLERTON, CA 92831<br>ACCOUNT NO.: FEND01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| PNEUMATIC CONTROL, INC<br>DBA CONTROL SPECIALISTS<br>P O BOX 80907<br>BAKERSFIELD, CA 93380-0907<br>ACCOUNT NO.: VENDOR PCI001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $19,942 |
| PRAXAIR DISTRIBUTION INC<br>DEPT LA 21511<br>PASADENA, CA 91185-1511<br>ACCOUNT NO.: VENDOR PRA001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $3,669 |
| Q-I EXCHANGE<br>P.O. BOX 790072<br>ST. LOUIS, MO 63179-0072<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $5,027 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| QUINN PUMPS CA, INC<br>PO BOX 31001-1392<br>PASADENA, CA 91110-1392<br><br>ACCOUNT NO.: VENDOR QPC001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $215,085 |
| QUINN PUMPS INC.<br>QUINN PUMPS SANTA MARIA<br>235 N. BLOSSER ROAD<br>SANTA MARIA, CA 93458-4217<br><br>ACCOUNT NO.: VENDOR QUI002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $49,949 |
| RAIN FOR RENT SANTA PAULA<br>FILE 52541<br>LOS ANGELES, CA 90074-2541<br><br>ACCOUNT NO.: VENDOR RFR001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $25,373 |
| RCPTX, LTD.<br>401 CONGRESS AVE., STE. 1750<br>AUSTIN, TX 78701<br><br>ACCOUNT NO.: RCPT01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| RICHARD D. RUDD SPECIAL NEEDS<br>TRUST 2005<br>C/O JON D RUDD, TRUSTEE<br>5512 LINCOLN STREET<br>BETHESDA, MD 20817<br><br>ACCOUNT NO.: RUDD01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ROBERT L. EINARSEN<br>1060 S INDEPENDENCE COURT<br>LAKEWOOD, CO 80226<br><br>ACCOUNT NO.: EIN002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ROCHESTER MINERALS LP<br>P.O. BOX 17728<br>FORT WORTH, TX 76102<br><br>ACCOUNT NO.: ROCH01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ROMAN DOORS INC<br>205A WEST CLARK AVENUE<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: VENDOR ROM001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $570 |
| ROSARIO HERNANDEZ<br>CONFIDENTIAL - AVAILABLE UPON REQUEST<br><br>ACCOUNT NO.: VENDOR ROH001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $130 |
| ROSEMOUNT ANALYTICAL INC - UNI<br>P.O. BOX 905330<br>CHARLOTTE, NC 28290-5330<br><br>ACCOUNT NO.: VENDOR ROS008 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:** Accounts Payable

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| ROYAL WHOLESALE ELEC. SUPPLY<br>PO BOX 14004<br>ORANGE, CA 92853<br><br>ACCOUNT NO.: VENDOR ROY002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $341 |
| RUTHANNE TOMPKINS<br>5560 BLACK RD<br>CASMALIA, CA 93429<br><br>ACCOUNT NO.: TOM001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| SAGE INSTITUTE INC<br>1065 HIGUERA ST.<br>SUITE 301<br>SAN LUIS OBISPO, CA 93401<br><br>ACCOUNT NO.: VENDOR SAG003 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $18,005 |
| SAN JOAQUIN BIT SERVICE, INC<br>P.O. BOX 40186<br>BAKERSFIELD, CA 93384<br><br>ACCOUNT NO.: VENDOR SAN025 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $4,780 |
| SANTA BARBARA COUNTY AIR POLLUTION CONTROL DISTRICT<br>260 N. SAN ANTONIO ROAD, #A<br>SANTA BARBARA, CA 93110<br><br>ACCOUNT NO.: VENDOR SAN008 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| SANTA MARIA DEVELOPMENT PARTNERS<br>MONTIAVO BRADLEY SQ. LEASING OFFICE<br>2460 SO. RUBEL WAY<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: VENDOR SANT02 | ☐ | UNKNOWN | ☐ | ☐ | ☑ | $46 |
| SANTA MARIA FORD<br>P O BOX 1188<br>SANTA MARIA, CA 93456<br><br>ACCOUNT NO.: VENDOR SAN002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,802 |
| SCOTT AARON GARRETT<br>5116 COMMANDER COURT<br>ARLINGTON, TX 76017<br><br>ACCOUNT NO.: GARR02 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| SCOTT BURR<br>79434 CALLE PROSPERO<br>LA QUINTA, CA 92253<br><br>ACCOUNT NO.: BURR03 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| SCOTT OILFIELD SERVICE INC.<br>P.O. BOX 10239<br>BAKERSFIELD, CA 93389<br><br>ACCOUNT NO.: VENDOR SCO007 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $12,206 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim:  Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| SCS ENGINEERS/TRACER<br>3900 KILROY AIRPORT WAY<br>SUITE 100<br>LONG BEACH, CA 90806-6816<br><br>ACCOUNT NO.: VENDOR SCS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $344,609 |
| SEARLES VALLEY MINERALS INC.<br>9401 INDIAN CREEK PKWY<br>SUITE 1000<br>OVERLAND PARK, KS 66210<br><br>ACCOUNT NO.: VENDOR SEA006 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $3,794 |
| SILVERADO OIL & GAS LLP<br>P.O. BOX 52308<br>TULSA, OK 74152-0308<br><br>ACCOUNT NO.: SILV02 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| SO.CAL. GAS CO.<br>PO BOX C<br>MONTEREY PARK, CA 91756<br><br>ACCOUNT NO.: VENDOR SCG001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $15,012 |
| SPECTER INSTRUMENTS, INC.<br>WIN-911 SOFTWARE<br>4020 S INDUSTRIAL DR, #120<br>AUSTIN, TX 78744<br><br>ACCOUNT NO.: VENDOR SPE008 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $395 |
| SPEED'S OIL TOOL SERVICE INC<br>P O BOX 276<br>SANTA MARIA, CA 93456-0276<br><br>ACCOUNT NO.: VENDOR SPE002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $300,113 |
| SPINDLETOP EXPLORATION CO INC<br>P.O. BOX 25163<br>DALLAS, TX 75225-5163<br><br>ACCOUNT NO.: SPIN01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| STAPLES ADVANTAGE<br>PO BOX 83689<br>CHICAGO, IL 60696-3689<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,709 |
| STERLING COMMUNICATIONS<br>P O BOX 1320<br>ARROYO GRANDE, CA 93421<br><br>ACCOUNT NO.: VENDOR STE008 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $135 |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule F-1**
**Consideration For Claim:  Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| SUN WEST TRUST<br>C/O: SCOTT COMO<br>18201 N. 53RD STREET<br>SCOTTSDALE, AZ 85254<br><br>ACCOUNT NO.: SUN003 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| SUNBELT RENTALS, INC.<br>P O BOX 409211<br>ATLANTA, GA 30384-9211<br><br>ACCOUNT NO.: VENDOR SUN001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $2,744 |
| SUNSHINE METALCLAD, INC.<br>7201 EDISON HWY<br>BAKERSFIELD, CA 93307<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $4,521 |
| SURFACE PUMPS INC<br>P O BOX 5757<br>BAKERSFIELD, CA 93388-5757<br><br>ACCOUNT NO.: VENDOR SUR001 | ☐ | UNKNOWN | ☐ | ☐ | ☑ | ($5,965) |
| SWEET OIL TOOL RENTAL INC<br>3511 GETTY STREET<br>BAKERSFIELD, CA 93308<br><br>ACCOUNT NO.: VENDOR SWE001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $83,887 |
| SYSTEMATIX COMPANY<br>6902 ARAGON CIRCLE<br>BUENA PARK, CA 90620<br><br>ACCOUNT NO.: VENDOR SYS001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $668 |
| T J CROSS ENGINEERS, INC.<br>200 NEW STINE ROAD<br>SUITE 270<br>BAKERSFIELD, CA 93309<br><br>ACCOUNT NO.: VENDOR TJC001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $4,501 |
| TERRAIN CONSULTING, INC.<br>3 WEST CARRILLO STREET<br>SUITE 211<br>SANTA BARBARA, CA 93101<br><br>ACCOUNT NO.: VENDOR TER004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $30,535 |
| THETA OILFIELD SERVICES<br>P.O. BOX 731948<br>DALLAS, TX 75373-0187<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,045 |
| TIGER CASED HOLE SERVICES, INC<br>P.O. BOX 1649<br>WEATHERFORD, OK 73096<br><br>ACCOUNT NO.: VENDOR TIG002 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $4,800 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| TRUDI REYNOLDS, LIFE TENANT 6208 DELAPLANE ROAD MALIBU, CA 90265 ACCOUNT NO.: REY003 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| TURK'S KERN COPY, INC 1701 18TH STREET BAKERSFIELD, CA 93301 ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $189 |
| TW TELECOM INC. PO BOX 172567 DENVER, CO 80217-2567 ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,924 |
| UNDERGROUND SERVICE ALERT OF SOUTHERN CALIFORNIA P.O. BOX 77070 CORONA, CA 92877-0102 ACCOUNT NO.: VENDOR UND003 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $2 |
| VALLEY VALVES 2310 SHORT STREET BAKERSFIELD, CA 93307 ACCOUNT NO.: NOT AVAILABLE | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $568 |
| VERIZON SOUTHWEST ACCT 01 1707 1148 967746 09 PO BOX 920041 DALLAS, TX 75392-0041 ACCOUNT NO.: VENDOR VER022 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $118 |
| VIKING EXPLORATION LLC 6475 W KINGSLEY AVENUE LITTLETON, CO 80128 ACCOUNT NO.: VIK002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| WADE HAMPTON CAWLEY INVESTMENT C/O: DOUGLAS & DANNA CAWLEY, TRUSTEES 5206 COMMANDER COURT ARLINGTON, TX 76017 ACCOUNT NO.: CAW003 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| WAYNES TIRE INC 302 W BETTERAVIA SANTA MARIA, CA 93455 ACCOUNT NO.: VENDOR WAY001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $6,146 |
| WEATHERFORD US, LP P.O. BOX 301003 DALLAS, TX 75303-1003 ACCOUNT NO.: VENDOR WEA004 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $8,432 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| WELL ANALYSIS CORPORATION<br>PO BOX 20008<br>BAKERSFIELD, CA 93390-0008<br><br>ACCOUNT NO.: VENDOR WAC001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,100 |
| WEST COAST WELDING & CONSTR. I<br>PO BOX 1915<br>VENTURA, CA 93002<br><br>ACCOUNT NO.: VENDOR WCW001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $520,085 |
| WEST, ELSBERRY, LONGENBAUGH &<br>ZICKERMAN, PLLC<br>310 S. WILLIAMS BLVD., #250<br>TUCSON, AZ 85711<br><br>ACCOUNT NO.: WEST01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| WESTERN PROPANE SERVICE<br>2326 MEREDITH LANE<br>SANTA MARIA, CA 93455<br><br>ACCOUNT NO.: VENDOR WES001 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $1,253 |
| WICKENDEN COMPANY<br>7203 FOXEN CANYON ROAD<br>SANTA MARIA, CA 93454<br><br>ACCOUNT NO.: WIC002 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| WILDA M.GRAY DECL OF TRST, JULY 27, 1982<br>GARY D. GRAY, TRUSTEE<br>P.O. BOX 25453<br>ANAHEIM, CA 92825<br><br>ACCOUNT NO.: GRAY01 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| WILLIAMS HOLDING COMPANY<br>1801 CENTURY PARK EAST<br>SUITE 2400<br>LOS ANGELES, CA 90067<br><br>ACCOUNT NO.: WHC001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |
| ZALCO LABORATORIES INC<br>4309 ARMOUR AVENUE<br>BAKERSFIELD, CA 93308-4573<br><br>ACCOUNT NO.: VENDOR ZALCO1 | ☐ | UNKNOWN | ☐ | ☐ | ☐ | $481 |
| ZUKOWSKI BRESENHAN<br>SINEX & PETRY LLP<br>1177 WEST LOOP SOUTH STE 1100<br>HOUSTON, TX 77027<br><br>ACCOUNT NO.: VENDOR ZUK001 | ☐ | UNKNOWN | ☑ | ☑ | ☐ | $0 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule F-1**

**Consideration For Claim: Accounts Payable**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| | | | | | | $9,740,014 |

**ERG Intermediate Holdings, et al. ("Debtors in Possession")**
**Debtor Intercompany Balances as of March 31, 2015**
*$'s*

| | Intercompany Accounts Receivable (Payable) | | | | | |
|---|---|---|---|---|---|---|
| | ERG Intermediate Holdings, LLC | ERG Resources, LLC | ERG Operating Company, LLC | ERG Interests, LLC | West Cat Canyon, LLC | Total |
| ERG Intermediate Holdings, LLC | - | - | - | - | - | - |
| ERG Resources, LLC | - | - | (194,542,312) | 227,537 | (6,406,081) | (200,720,855) |
| ERG Operating Company, LLC | - | 194,542,312 | - | 10,959,876 | (176,870) | 205,325,317 |
| ERG Interests, LLC | - | (227,537) | (10,959,876) | - | - | (11,187,413) |
| West Cat Canyon, LLC | - | 6,406,081 | 176,870 | - | - | 6,582,951 |
| **Total** | $          - | $   200,720,855 | $  (205,325,317) | $    11,187,413 | $    (6,582,951) | $                0 |

**ERG Operating Company, LLC**
**Case Number:  15-31861**

**Schedule  F-3**
**Consideration For Claim:   Litigation**

| Creditor's Name, Mailing Address Including Zip Code And Account Number | Codebtor | Date Claim Was Incurred. If Claim Is Subject To Setoff, So State | C | U | D | Amount of Claim |
|---|---|---|---|---|---|---|
| CYNTHIA M. GARCIA<br>ATTN: STEVE W. NICHOLS, ESQ.<br>C/O YOUNG & NICHOLS<br>1901 TRUXTUN AVENUE<br>BAKERSFIELD, CA 93301<br><br>ACCOUNT NO.: NOT AVAILABLE<br><br>CASE NO. S-1500-CV-282560 | ☐ | UNKNOWN | ☑ | ☑ | ☑ | $0 |
| | | | | | | $0 |

In re: <u>ERG Operating Company, LLC</u>                                    Case No. <u>15-31861</u>

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.d., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts and/or unexpired leases to report on this Schedule G.

| | |
|---|---|
| See Attached Schedule G-1 | Equipment Leases |
| See Attached Schedule G-2 | Service Agreements |
| See Attached Schedule G-3 | Consulting Agreements |
| See Attached Schedule G-4 | Purchase Agreements |
| See Attached Schedule G-5 | Other Agreements |
| See Attached Schedule G-6 | Employment Agreements |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

<u>12</u>   total continuation sheets attached

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

**ERG Operating Company, LLC**

**Case Number:  15-31861**

## SPECIFIC NOTES REGARDING SCHEDULE G

**Executory Contracts**

The Debtors' business is complex.  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G.  To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the Debtors' executory contracts are purchase and sale agreements.  In those instances, the executory contracts generally are listed in either the "sale agreements" or "purchase agreements" category, not both.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements.  Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend the schedule as necessary.

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule G-1**
**Equipment Leases**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CHAPARRAL BUSINESS MACHINES, INC. | OFFICE EQUIPMENT | ERG18 | 825 RIVERSIDE AVE # 6 PASO ROBLES, CA 93446 |
| DE LAGE LANDEN FINANCIAL | LAND OFFICE EQUIPMENT | ERG26 | 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 |

**TOTAL NUMBER OF CONTRACTS:  2**

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule G-2**
**Service Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ACS PREMIER, INC. | SURVEYING, MAPPING | ERG3 | 3070 SKYWAY DRIVE SUITE 501 SANTA MARIA, CA 93455 |
| AECOM TECHNICAL SERVICES, INC. | AIR QUALITY | ERG4 | 5075 BRADLEY ROAD SUITE 203 SANTA MARIA, CA 93455 |
| AEROS ENVIRONMENTAL, INC. | ENVIRONMENTAL | ERG5 | 18828 HIGHWAY 65 BAKERSFIELD, CA 93308 |
| B & L EQUIPMENT RENTALS, INC. | EQUIPMENT | ERG9 | P.O. BOX 222600 BAKERSFIELD, CA 93390 |
| BARC | PAPER RECYCLING | ERG10 | 2240 SOUTH UNION AVE. BAKERSFIELD, CA 93307 |
| BMI PAC WEST INC. | AIR CONDITIONING MAINTENANCE | ERG11 | P.O. BOX 7110 SANTA MARIA, CA 93454 |
| BOB'S JUNGLE | INTERIOR PLANT MAINTENACE | ERG12 | P.O. BOX 9275 BAKERSFIELD, CA 93389 |
| BRAD MODLIN | LABOR, STEAM GEN | ERG13 | 15420 AZALEA SPRINGS AVENUE BAKERSFIELD, CA 93314 |
| C. D. LYON CONSTRUCTION, INC. | LABOR, MATERIAL | ERG15 | P.O. BOX 1456 VENTURA, CA 93002 |
| CANNON, CORPORATION | FIELD SERVICES | ERG16 | 1050 SOUTHWOOD DRIVE SAN LUIS OBISPO, CA 93401 |
| CENTRAL COAST PIPING | LABOR | ERG17 | 801 MAULHARDT AVE OXNARD, CA 93030 |
| COLLINGS AND ASSOCIATES, LLC. | LEGAL | ERG19 | 260 MAPLE COURT SUITE 241 VENTURA, CA 93003 |
| COMPLIANCE SERVICES, INC. | PIPELINE & COMPLIANCE CONSULTING | ERG20 | P.O. BOX 22410 BAKERSFIELD, CA 93390 |

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule G-2**
**Service Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| CONDITION MONITORING SERVICES, INC | EMISSIONS TESTING | ERG21 | P.O. BOX 278<br>NIPOMO, CA 93444 |
| CSS DRILLING TOOLS | DRILLING TOOLS | ERG23 | 4550 BUCK OWENS BLVD<br>BAKERSFIELD, CA 93308 |
| CSS INC. | LABOR, MATERIAL | ERG24 | 4550 BUCK OWENS BLVD<br>INDUSTRIAL PIPELINES & FACILITIES<br>BAKERSFIELD, CA 93308 |
| DHI SERVICES INC. | FORMATION EVALUATION SERVICES | ERG27 | 33502 STATE HIGHWAY 249<br>PINEHURST, TX 77362 |
| DIVERSIFIED PROJECT SERVICES INTERNATIONAL | ENGINEERING SVCS | ERG28 | 5001 EAST COMMERCENTER DRIVE<br>SUITE 250<br>BAKERSFIELD, CA 93309 |
| DRILTEK, INC. | ENGINEERING, PLANNING, OPERATIONS MANAGEMENT | ERG30 | 901 TOWER WAY<br>SUITE 102<br>BAKERSFIELD, CA 93309 |
| ELECTRICAL SOLUTIONS CORPORATION | ELECTICAL MAINT | ERG31 | 2368 EASTMAN AVE<br>SUITE 13<br>VENTURA, CA 93060 |
| ENERGY LINK INDUSTRIAL SERVICE, INC. | EQUIPMENT, SERVICES | ERG33 | 11439 S. ENOS LANE<br>BAKERSFIELD, CA 93311 |
| ENGEL & GRAY, INC. | LEGAL | ERG34 | P.O. BOX 5020<br>SANTA MARIA, CA 93456 |
| ENVIROSCAPING, INC. | FENCING | ERG36 | 140 S. LOS CARNEROS WAY<br>GOLETA, CA 93117 |
| ENVIROTECH CONSULTANTS, INC. | ENVIRONMENTAL | ERG37 | 5400 ROSEDALE HWY<br>BAKERSFIELD, CA 93308 |
| EXCALIBUR WELL SERVICES CORP. | CEMENT | ERG38 | 22034 ROSEDALE HWY<br>BAKERSFIELD, CA 93314 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule G-2**
**Service Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| H & B EQUIPMENT CO., INC. | EQUIPMENT, SERVICES | ERG41 | P.O. BOX 404<br>BAKERSFIELD, CA 93302 |
| HERITAGE DISCOVERIES, INC. | ARCHEOLOGICAL SVCS | ERG42 | 836 MISSION STREET<br>SAN LUIS OBISPO, CA 93405 |
| HOGG DRILLING SPECIALTY CONSTRUCTION, INC. | DOWNHOLE SVCS, CONCRETE | ERG43 | 15520 OPUS ONE DRIVE<br>BAKERSFIELD, CA 93314 |
| HURLEY COMPANY | ENVIRONMENTAL, SAFETY TRAINNING | ERG44 | 570 VIA CIELITO<br>VENTURA, CA 93003 |
| J. D. HUMANN LANDSCAPE, INC. | LANDSCAPE SERVICES | ERG45 | P.O. BOX 2205<br>ORCUTT, CA 93457 |
| K. B. O'SULLIVAN CONSTRUCTION | REMODEL OF FIELD OFFICE | ERG47 | 719 RAYMOND AVE<br>SANTA MARIA, CA 93455 |
| LIFELINE SAFETY, LLC. | SAFETY CONSULTANT | ERG49 | 2381 A STREET<br>SANTA MARIA, CA 93455 |
| MMI SERVICES, INC. | RIG & CREW, SUPERVISON, CEMENT | ERG51 | 6400 PRICE WAY<br>BAKERSFIELD, CA 93308 |
| NEXTIVIA | PHONE LINES | ERG52 | 8800 E CHAPARRAL RD<br>SUITE 300<br>SCOTTSDALE, AZ 85250 |
| NTS INC. | SULFER TREAT FOUNDATION, CORRIDOR INST | ERG53 | 8200 STOCKDALE HWY<br>SUITE M10-306<br>BAKERSFIELD, CA 93311 |
| PACIFIC GAS TECHNOLOGY INC. | TESTING | ERG54 | P.O. BOX 80847<br>BAKERSFIELD, CA 93380 |
| PACIFIC PETROLEUM CALIFORNIA, INC. | LABOR, RENTAL | ERG55 | 1571 E. BETTERAVIA ROAD<br>SANTA MARIA, CA 93454 |
| PACKER SERVICE INC. | LABOR, MATERIALS | ERG56 | P.O. BOX 80845<br>BAKERSFIELD, CA 93380 |

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule G-2**
**Service Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| PAPI J'S GARDENING | GARDENING | ERG57 | P.O. BOX 2434<br>NIPOMO, CA 93444 |
| PAT PHELAN CONSTRUCTION | HAUL, CLEANUP | ERG58 | 235 PHELAN RANCH WAY<br>ARROYO GRANDE, CA 93420 |
| PAYETTE & SONS, INC. | DUST CONTROL SOIL STABILIZATION (CLEANUP) | ERG59 | P.O. BOX 2009<br>NIPOMO, CA 93444 |
| PREMIER CRANE & TRANSPORTATION, INC. | TRANSPORTATION | ERG61 | P.O. BOX 20848<br>BAKERSFIELD, CA 93390 |
| PROCESS INSTRUMENTS, INC. | WELL TESTS | ERG62 | 8802 SCOBEE STREET<br>SUITE 100<br>BAKERSFIELD, CA 93311 |
| PROCHEM SOLUTIONS | CHEMICAL, LABOR | ERG63 | 1305 KERN ST.<br>TAFT, CA 93268 |
| PROS INCORPORATED | EQUIPMENT | ERG64 | P.O. BOX 20996<br>BAKERSFIELD, CA 93390 |
| PROUSYS, INC. | ONSITE SUPPORT | ERG65 | 4700 NEW HORIZONS BLVD<br>BAKERSFIELD, CA 93313 |
| QUINN PUMPS CALIFORNIA, INC. | MATERIAL | ERG66 | 300 ROCKLIE ROAD #A<br>VENTURA, CA 93001 |
| REESE SALES COMPANY | MATERIAL, SERVICES | ERG67 | P.O. BOX 1087<br>SHAFTER, CA 93263 |
| RICK TEIXEIRA WELDING, INC. | WELDING | ERG68 | 502 N. SCOTT DRIVE<br>SANTA MARIA, CA 93454 |
| ROBERT JONES GENERAL ENGINEERING, INC. | ENGINEERING SVCS | ERG69 | 6745 CAT CANYON ROAD<br>SANTA MARIA, CA 93454 |
| SAFETY TEK INDUSTRIES, INC. | EQUIPMENT SUPPLY, REPAIR | ERG70 | 3510 ALLEN ROAD #101<br>BAKERSFIELD, CA 93314 |

**ERG Operating Company, LLC**
Case Number: 15-31861

Schedule G-2
Service Agreements

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| SAGE INSTITUTE, INC. | PRODUCTION PLANS, SALES PIPELINE | ERG71 | 2801 TOWNSGATE ROAD SUITE 213 WESTLAKE VILLAGE, CA 91361 |
| SCEC | TESTING ON STEAM GENERATORS | ERG72 | 1582-1 NORTH BATAVIA STREET ORANGE, CA 92867 |
| SCS TRACER ENVIRONMENTAL | REGULATORY COMPLIANCE & MAINT | ERG74 | 3900 KILROY AIRPORT WAY SUITE 100 LONG BEACH, CA 90806 |
| SOUTHERN SIERRA GENERAL ENGINEERING, INC. | LABOR, MATERIALS | ERG75 | P.O. BOX 1113 TAFT, CA 93268 |
| SPEC SERVICES, INC. | ENGINEERING, COALESCER | ERG76 | 17101 BUSHARD STREET FOUNTAIN VALLEY, CA 92708 |
| SPEEDS OIL TOOL SERVICE, INC. | LABOR, MATERIALS | ERG77 | P.O. BOX 276 SANTA MARIA, CA 93455 |
| SUPERIOR TANK COMPANY, INC. | TANKS | ERG78 | 19436 COLOMBO STREET BAKERSFIELD, CA 93308 |
| SWEET OIL TOOL RENTAL, INC. | TOOLS | ERG79 | 3511 GETTY STREET BAKERSFIELD, CA 93308 |
| TJ CROSS ENGINEERS, INC. | ENGINEERING SVCS | ERG80 | 200 NEW STINE ROAD SUITE 270 BAKERSFIELD, CA 93309 |
| VINCE LOPEZ JR. & SONS, INC. | LABOR, MATERIALS | ERG84 | 200 E. FESLER STREET #101 SANTA MARIA, CA 93454 |
| WEST COAST CASING, LLC | CASING EQUIPMENT, TOOLS | ERG85 | 5412 STANDARD STREET BAKERSFIELD, CA 93308 |
| WEST COAST WELDING AND CONSTRUCTION, INC. | LABOR, MATERIALS | ERG86 | P.O. BOX 1915 VENTURA, CA 93002 |

**ERG Operating Company, LLC**

**Case Number:  15-31861**

**Schedule  G-2**
**Service Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|

**TOTAL NUMBER OF CONTRACTS:  63**

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule G-3**
**Consulting Agreements**

| Name | Description | Contract ID | Address |
| --- | --- | --- | --- |
| ACCORD DESIGN GROUP, INC. | ROADWAY SURVEYING | ERG1 | 2370 SKYWAY DRIVE<br>SUITE 101<br>SANTA MARIA, CA 93455 |
| ELEMET MARKETS, LLC. | CARBON AGREEMENT | ERG32 | 3555 TIMMONS LANE<br>SUITE 900<br>HOUSTON, TX 77027 |

**TOTAL NUMBER OF CONTRACTS: 2**

**ERG Operating Company, LLC**

**Case Number: 15-31861**

**Schedule G-4**

**Purchase Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ACQUISTAPACE FARMS, INC. | EMISSIONS | ERG2 | 1635 N. BLOSSER RD.<br>SANTA MARIA, CA 93458 |
| PHILLIPS 66 COMPANY | EVERGREEN PURCHASE AGREEMENT AS AMENDED (NO. ERL13TP50002) | ERG115 | ATTN: CONTRACT ADMINISTRATION<br>P.O. BOX 4428<br>HOUSTON, TX 77210 |
| TROJAN PETROLEUM, INC. | LABOR | ERG81 | P.O. BOX 2484<br>ORCUTT, CA 93457 |

**TOTAL NUMBER OF CONTRACTS:  3**

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule G-5**
**Other Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ENTERPRISE RENTAL | BUSINESS VEHICLE RENTAL | ERG35 | 145 E. AUTO CENTER DRIVE<br>FRESNO, CA 93711 |
| KEY ENERGY SERVICES CALIFORNIA, INC. | DRILLING | ERG48 | 5080 CALIFORNIA AVE<br>SUITE 150<br>BAKERSFIELD, CA 93309 |
| URBAN PLANNING CONCEPTS, INC. | PERMITS | ERG83 | 2624 AIRPARK DRIVE<br>SANTA MARIA, CA 93455 |

**TOTAL NUMBER OF CONTRACTS: 3**

**ERG Operating Company, LLC**
**Case Number: 15-31861**

**Schedule G-6**
**Employment Agreements**

| Name | Description | Contract ID | Address |
|------|-------------|-------------|---------|
| ALI FAKHREDDINE | ACCEPTED OFFER LETTER | ERG87 | CONFIDENTIAL - AVAILABLE UPON REQUEST |
| DENNY DOBSON | ACCEPTED OFFER LETTER | ERG92 | CONFIDENTIAL - AVAILABLE UPON REQUEST |
| MICHELLE ADAMS LAYTON | ACCEPTED OFFER LETTER | ERG94 | CONFIDENTIAL - AVAILABLE UPON REQUEST |
| TOM SKINNER | ACCEPTED OFFER LETTER | ERG96 | CONFIDENTIAL - AVAILABLE UPON REQUEST |

**TOTAL NUMBER OF CONTRACTS:  4**

In re: __ERG Operating Company, LLC__                        Case No. __15-31861__

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ERG INTERESTS, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SENIOR SECURED CREDIT FACILITY | LNV CORPORATION AS LENDER<br>C/O BEAL BANK<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>LAS VEGAS, NV 89134 |
| ERG INTERESTS, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SWAP AGREEMENT | BP ENERGY COMPANY<br>201 HELIOS WAY<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>HOUSTON, TX 77079 |
| ERG INTERMEDIATE HOLDINGS, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SENIOR SECURED CREDIT FACILITY | LNV CORPORATION AS LENDER<br>C/O BEAL BANK<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>LAS VEGAS, NV 89134 |
| ERG INTERMEDIATE HOLDINGS, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SWAP AGREEMENT | BP ENERGY COMPANY<br>201 HELIOS WAY<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>HOUSTON, TX 77079 |
| ERG RESOURCES, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SENIOR SECURED CREDIT FACILITY | LNV CORPORATION AS LENDER<br>C/O BEAL BANK<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>LAS VEGAS, NV 89134 |

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ERG RESOURCES, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SWAP AGREEMENT | BP ENERGY COMPANY<br>201 HELIOS WAY<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>HOUSTON, TX 77079 |
| SCOTT Y. WOOD<br>CONFIDENTIAL - AVAILABLE UPON REQUEST<br><br>SENIOR SECURED CREDIT FACILITY | LNV CORPORATION AS LENDER<br>C/O BEAL BANK<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>LAS VEGAS, NV 89134 |
| WEST CAT CANYON, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SENIOR SECURED CREDIT FACILITY | LNV CORPORATION AS LENDER<br>C/O BEAL BANK<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>LAS VEGAS, NV 89134 |
| WEST CAT CANYON, LLC<br>333 CLAY STREET<br>SUITE 4400<br>HOUSTON, TX 77002<br><br>SWAP AGREEMENT | BP ENERGY COMPANY<br>201 HELIOS WAY<br>1970 VILLAGE CENTER CIRCLE<br>SUITE 1<br>HOUSTON, TX 77079 |

**ERG Operating Company, LLC**                                    **Case Number:  15-31861**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Signatory of ERG Operating Company, LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____ June 1, 2015 _____          Signature: _____

                                             R. Kelly Plato, Chief Financial Officer
                                             **Name and Title**

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*